UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKAT) TAX REFUND SCHEME LITIGATION<br><br>This document relates to:  1:18-cv-07824<br>1:18-cv-07827<br>1:18-cv-07828<br>1:18-cv-07829 | MASTER DOCKET<br><br>Case No. 1:18-md-02865-LAK |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Headsail Manufacturing LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Aerovane Logistics LLC Roth 401K Plan, Random Holdings 401K Plan, and Robert Klugman.

Respectfully submitted,

Dated: December 18, 2018

s/ Zhanna A. Ziering
ZHANNA A. ZIERING
Bar No.: ZZ2015
CAPLIN & DRYSDALE, CHARTERED
600 Lexington Avenue, Floor 21
New York, NY 10022
zziering@capdale.com
Telephone: 212-379-6075
Fax: 212-379-6000