# Exhibit 20

| Shareholder (Pension Plan) | Claimed Withheld dividend tax | Share | Dividend (DKK) | Number of shares | Ex-date | WHT received from agent (DKK) | Trading loss on share acquisitions and hedging transactions (DKK) | Trading fees (DKK) | MCM's fees (DKK) | Net payments to Zeta Financial Partners Limited (converted to DKK) | WHT retained in PPs cash account (DKK) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 3,780,000.00 | Coloplast A/S - B | 14,000,000 | 2,000,000 | 12/6/2013 | 3,745,000 | -1,373,830 | -49,651 | -560,000 | -1,849,309 | -87,790 |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 5,332,500.00 | Novozymes A/S - B | 19,750,000 | 7,900,000 | 2/27/2014 | 5,283,125 | -1,505,015 | -88,938 | -395,000 | -2,814,688 | 479,484 |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 4,752,000.00 | TDC A/S | 17,600,000 | 8,000,000 | 3/7/2014 | 4,708,000 | -1,431,280 | -54,618 | -704,000 | -2,541,174 | -23,072 |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 2,700,000.00 | Danske Bank A/S | 10,000,000 | 5,000,000 | 3/19/2014 | We cannot find any record of MCM having received the WHT | -759,000 | -47,611 | -400,000 | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 4,465,125.00 | Tryg A/S | 16,537,500 | 612,500 | 4/4/2014 | We cannot find any record of MCM having received the WHT | -1,327,220 | -17,368 | -661,500 | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 7,560,000.00 | A.P. Møller Mærsk A/S | 28,000,000 | 20,000 | 4/1/2014 | We cannot find any record of MCM having received the WHT | -1,976,688 | -16,737 | 1,120,000 | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 2,430,000.00 | Novo Nordisk A/S - B | 9,000,000 | 2,000,000 | 3/21/2014 | We cannot find any record of MCM having received the WHT | -636,180 | -27,526 | -360,000 | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 573,750.00 | Dampskibsselskabet Nc | 2,125,000 | 425,000 | 4/24/2014 | We cannot find any record of MCM having received the WHT | -149,932 | -11,546 | -42,500 | | |
| CAMBRIDGE WAY LLC 401K PROFIT SHARING PLAN | 3,078,000.00 | Coloplast A/S - B | 11,400,000 | 2,850,000 | 5/9/2014 | We cannot find any record of MCM having received the WHT | -900,372 | -56,435 | -456,000 | | |
| ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT SHARING PLAN & TRUST | 7,560,000.00 | A.P. Møller Mærsk A/S | 28,000,000 | 20,000 | 4/1/2014 | 7,490,000 | -1,976,663 | -16,737 | -1,120,000 | -4,270,581 | 106,019 |