UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04434-LAK<br>18-cv-07824-LAK<br>18-cv-07827-LAK<br>18-cv-07828-LAK<br>18-cv-07829-LAK<br>19-cv-01781-LAK<br>19-cv-01783-LAK<br>19-cv-01785-LAK<br>19-cv-01788-LAK<br>19-cv-01791-LAK<br>19-cv-01792-LAK<br>19-cv-01794-LAK<br>19-cv-01798-LAK<br>19-cv-01800-LAK<br>19-cv-01801-LAK<br>19-cv-01803-LAK<br>19-cv-01806-LAK<br>19-cv-01808-LAK<br>19-cv-01809-LAK<br>19-cv-01810-LAK<br>19-cv-01812-LAK<br>19-cv-01813-LAK<br>19-cv-01815-LAK<br>19-cv-01818-LAK<br>19-cv-01870-LAK<br>19-cv-01918-LAK<br>19-cv-01922-LAK<br>19-cv-01926-LAK<br>19-cv-01928-LAK<br>19-cv-01929-LAK<br>19-cv-01931-LAK | 18-MD-2865 (LAK)<br><br>ECF Case |

1

## [PROPOSED] ORDER

**WHEREAS**, upon the application of attorney Mark D. Allison, Esquire of Caplin & Drysdale, Chartered for leave to withdraw as an attorney of record in this matter,

**IT IS HEREBY ORDERED** that attorney Mark D. Allison, Esquire is granted leave to withdraw as counsel and will no longer receive docketing notifications via the ECF system for Defendants Robert Klugman, The Stor Capital Consulting LLC 401K Plan, Headsail Manufacturing LLC Roth 401K Plan Edgepoint Capital LLC Roth 401K Plan, Aerovane Logistics LLC Roth 401K Plan, Random Holdings 401K Plan, and RAK Investment Trust.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Mark D. Allison, Esquire from the list of counsel of record for the above-referenced Defendants in this case.

Dated: New York, New York

_____, 2022

_____
HONORABLE LEWIS A. KAPLAN