**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01794;  19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 21-cv-05339. | Case No. 1:18-md-2865-LAK |

**MOTION FOR SEPARATE TRIALS**

**PLEASE TAKE NOTICE** that the undersigned attorneys for Defendant, Michael Ben-Jacob, will apply before the Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for an order severing the claims against Defendant Michael Ben-Jacob and a separate trial for him pursuant to Federal Rules of Civil Procedure 42(b) and 21. In support of the motion, Defendant submits herewith a Memorandum of Law, Declaration of Elliot R. Peters and exhibits therewith, the pleadings and other documents on file in this matter, and any further argument or evidence that may be received by the Court.

2630165

                    Respectfully submitted,

                    KEKER, VAN NEST & PETERS LLP

Dated:  May 10, 2024

      By:    */s/ Elliot R. Peters*
            ELLIOT R. PETERS
            JULIA L. ALLEN
            NIHARIKA S. SACHDEVA
            633 Battery Street
            San Francisco, CA 94111-1809
            Telephone:  415 391 5400
            Facsimile:  415 397 7188
            epeters@keker.com

            DEWEY PEGNO & KRAMARSKY
            Thomas E.L. Dewey
            Sean K. Mullen
            777 Third Avenue, 37th Floor
            New York, NY 10017
            Telephone: (212) 943-9000
            Facsimile: (212) 943-4325
            tdewey@dpklaw.com

            Attorneys for Defendant Michael Ben-Jacob