# Exhibit 28, Part 3 of 3

Case 1:18-md-02865-LAK    Document 1073-45    Filed 06/24/24    Page 2 of 4



**VP's REGELSÆT A-D**

---

førtidige indfrielse til konto- og rettighedshavere, uanset om disse skulle have fravalgt kundemeddelelser, som dokumenterer udslettelse.

### Undladelse af udsendelse af kundemeddelelse

Kundemeddelelse sendes ikke i følgende situationer, jf. bekendtgørelsens §48, stk. 2:

1. Når der i forbindelse med køb af fondsaktiver registreres automatisk panteret efter lovens § 55, stk. 5, og denne registrering automatisk slettes efter udløb af fristen for at gøre retten til pant gældende, jf. lovens § 56, stk. 1.
   (Gør panthaver derimod sin panteret gældende eller gennemfører straksrealisation af sådanne pantsatte fondsaktiver, sendes kundemeddelelse.)

2. Når det skønnes, at indholdet af meddelelsen er åbenbart betydningsløst eller i anden forbindelse allerede er tilgået rettighedshaveren.
   Denne bestemmelse gælder for tiden for
   - sletning af ubenyttede retter, warrants mv.
   - ombytning af delbeviser til aktier mv. og/eller sletning af delbeviser eventuelt i forbindelse med udbetaling.
   - ændringer af generel karakter, når information om ændringen har fremgået af årsopgørelsen, og ændringen er gennemført i rimelig tid herefter.


### Konto og rettighedshavers valgmuligheder i øvrigt vedrørende kundemeddelelser

Konto- og rettighedshaver kan vælge at modtage kundemeddelelser som elektronisk meddelelse, når muligheden herfor er aftalt mellem det kontoførende institut og VP.

Konto- og rettighedshaver kan over for det kontoførende institut eller VP give tilladelse til, at kundemeddelelser og andre registeroplysninger, herunder oplysninger, som konto- og rettighedshaver er pligtige at videregive, af VP eller kontoførende institut på VP's vegne gives direkte til en angiven tredjemand.

Konto- og rettighedshaver kan ikke for tiden vælge at erstatte kundemeddelelser efter § 48 med periodiske meddelelser.

Nærværende 'VP-regelsæt C' er gældende fra 3. september 2007 og indtil videre
og
erstatter 'VP-regelsæt C' af 1. januar 2005



**VP'S REGELSÆT A-D**

# VP-regelsæt D

**Tidspunkter for indrapportering til registrering og retsvirkningens indtræden i**

**VP SECURITIES A/S**
**Weidekampsgade 14, P.O. Box 4040**
**DK-2300-Copenhagen S**

**(herefter kaldet VP)**
(jf. registreringsbekendtgørelsens § 26)
24. juni 2013

**Indrapporteringstid**
VP er åbent for modtagelse af indrapporteringer til registrering fra kl. 05.00 til 01.45 det følgende døgn på alle dage undtagen lørdage, søndage, nytårsaftensdag, fredag efter Kristi Himmelfartsdag samt øvrige danske fri- og helligdage (åbningsdage).

**Afviklingsdøgn**
VP forestår afvikling af værdipapirtransaktioner på alle ovennævnte åbningsdage, således at VP's afviklingsdøgn påbegyndes kl. 18.00 og afsluttes straks inden kl. 18.00 den næstfølgende åbningsdag, jf. ovenfor.

**Tidspunkter for retsvirkningens indtræden for registreringer**

a. Handler, der indgår i en efterfølgende nettoafvikling, opnår i VP retsvirkning på det fastsatte retsvirkningstidspunkt for den afviklingsblok, i hvilken handelen endeligt prøves og afvikles. VP gennemfører en eller flere nettoafviklingsblokke pr. afviklingsdøgn afhængig af hvilke valutaer, der indgår i afviklingen:

  - Afvikling udelukkende i euro

    Nettoafviklingsblokken har retsvirkningstidspunkt kl. ~~13.35~~14.15, på alle dage undtagen lørdage, søndage, nytårsaftensdag, fredag efter Kristi Himmelfartsdag samt øvrige danske fri- og helligdage (åbningsdage).j.

  - Afvikling i danske kroner og/eller euro

    Nettoafviklingsblokkene har retsvirkningstidspunkt henholdsvis kl. 18.00, kl. 00.35, kl. ~~06.00~~07.05, 10.15 og kl. 12.00 på alle dage undtagen lørdage, søndage, nytårsaftensdag, fredag efter Kristi Himmelfartsdag samt øvrige danske fri- og helligdage (åbningsdage)..

b. Handler, der afvikles ved bruttoafvikling, opnår retsvirkning, når den endelige prøvelse er påbegyndt ved indrapporteringstidspunktet. VP gennemfører brutto-afvikling i danske kroner i et af Danmarks Nationalbank fastsat tidsrum - normalt mellem kl. 08.00 og kl. 15.00 - på alle dage undtagen lørdage, søndage, nytårsaftensdag, fredag efter Kristi Himmelfartsdag samt øvrige danske fri- og helligdage (åbningsdage)..

c. Periodiske registreringer som tilskrivning af renter, udbytte og andre af udstederen af de pågældende fondsaktiver foranledigede registreringer opnår retsvirkningstidspunkt afhængig af typen af den pågældende registrering på den af udstederen fastsatte dag.



**VP'S REGELSÆT A-D**

**Retsvirkningen indtræder:**

straks **efter** kl. 18.00 for:
- udslettelse af obligationer, jf. registreringsbekendtgørelsens § 6, stk. 1, om sletning af udtrukne og forfaldne obligationer
- tegning, hvor benyttede aktie- og tegningsretter ombyttes med de tegnede fondsaktiver
- konvertering, hvor konvertible gældsbreve ombyttes med de konverterede fondsaktiver ved registrering på de berørte konti,

kl. 12.30 for:
- udtrækning af obligationer, jf. registreringsbekendtgørelsens § 6, stk. 2 og 3, om markering af udtrukne andele
- tildeling af aktie- og tegningsretter, jf. registreringsbekendtgørelsens § 2,

straks før kl. 18.00 for:
- tilskrivning af renter
- tildeling af udbytte
- øvrige af udstedere foranledigede registreringer vedrørende fondsaktiver udstedt af denne.

**Udskydelse eller annullering af nettoafviklingsblokke**
I særlige tilfælde kan VP udskyde eller annullere én eller flere af de fastsatte afviklingsblokke, jf. ovenfor, og dermed udskyde eller annullere retsvirkningens indtræden for handler, der indgår heri.

Sådanne særlige tilfælde kan være:

- Tekniske eller driftsmæssige forhold i VP
- Kommunikationsmæssige forhold mellem VP og deltagerkredsen
- Tekniske eller driftsmæssige forhold i
  VP's clearingbank eller dennes datacenter
  udlandscentraler
- Generelle markedshensyn i øvrigt.

**Mindste tidsenhed for registrering af retsvirkning**
I VP's registre registreres ovennævnte retsvirkning med en tidsmæssig præcision på under ét sekund. For registreringer, der er endeligt prøvet inden for tidsenheden, har den først registrerede transaktion ret forud for senere registrerede. På kundemeddelelser oplyses det registrerede retsvirkningstidspunkt dog i hele minutter.

Nærværende 'VP-regelsæt D' træder i kraft den 24. juni 2013 og
erstatter 'VP-regelsæt D' af 16. april 2012