# Exhibit 3, Part 25

| "Privilege belonging to D2" | The reviewer shall use this flag where he or she considers that the privilege which covers the document is a privilege belonging to the Second Respondent. |
|---|---|
| "Privilege belonging to a third party" | The reviewer shall use this flag where he or she considers that the privilege which covers the document is a privilege belonging to a third party to these proceedings. |
| "Privilege belonging to more than one party" | The reviewer shall use this flag where he or she considers that the privilege which covers the document is a privilege belonging to more than one party and/or is subject to common interest privilege. |
| ""Privilege belonging to an unidentified party" | The reviewer shall use this flag where he or she is considers that a document is privileged but where he or she is unable to determine the identity of the party to whom the privilege belongs. |

7.    The parties may agree variations to paragraphs 2 to 6 above in writing signed by both parties' legal representatives and there be liberty to apply.

**ACCESS TO REMOTE SERVERS**

8.    Without prejudice to the generality of paragraph 29 of the 31 July Order, the First Respondent shall forthwith:

   (a)   Provide the Applicant with the full name and contact details of the third parties supplying the following servers ("**the Servers**"):

      (i)    The network server with IP address 192.168.11.160;

      (ii)   The network server containing Sage accounting with IP address 192.168.11.221;

      (iii)  The cloud based Google Drive server identified in Exhibit S2 to the Fourth Affidavit of Sanjay Shah;

      (iv)   The cloud based Mimecast server identified in Exhibit S2;

      (v)    The private cloud based server hosted by 'BIOSME' identified in Exhibit S2;