# Exhibit 16

PETER WELLS
EXHIBIT 3130
05 - 27 - 2021

Message

**From:** Matthew Stein [mstein@argremgt.com]
**Sent:** 2/28/2013 2:33:08 PM
**To:** Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p]
**CC:** Ben-Jacob, Michael [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Ben_m]; Adam Larosa [alarosa@argremgt.com]
**Subject:** RE: Cayman LP

Peter,

See below. The GP will be Ganymede Cayman Ltd, which is owned by Sanjay with Sanjay and Raj as directors. I assume we will need KYC on Ganymede so please let me know exactly what is needed.

Thanks.

Matt

-----Original Message-----
From: Wells, Peter [mailto:Peter.Wells@kayescholer.com]
Sent: Wednesday, February 27, 2013 11:49 AM
To: Matthew Stein
Cc: Ben-Jacob, Michael; Adam Larosa
Subject: RE: Cayman LP

Matt,

Thank you for the documents. A couple of questions/comments:

1. You provided a copy of the passport and utility bill for Raj Shah. Is he going to be a shareholder or director of the Cayman company? You only mentioned Sanjay below.

2. The bank reference letter for Sanjay is from October 2011 and the utility bill is from May 2012 (certified in June 2012). I suspect that the law firm may object to the age of both of these. I will pass them on but they may come back and ask for more recent documents (within the last 3 months).

Regards,
Peter

***
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (212.836.8000) and delete the message, along with any attachments, from your computer. Thank you.

-----Original Message-----
From: Matthew Stein [mailto:mstein@argremgt.com]
Sent: Wednesday, February 27, 2013 11:10 AM
To: Wells, Peter
Cc: Ben-Jacob, Michael; Adam Larosa
Subject: FW: Cayman LP

Peter,

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00220938

As requested.

-----Original Message-----
From: Dipti Vyas [mailto:Dipti.Vyas@solo.com]
Sent: Wednesday, February 27, 2013 11:08 AM
To: Matthew Stein
Cc: Gerard O'Callaghan; Raj Shah
Subject: RE: Cayman LP

Dear Matthew,

By way of introduction, I am assisting Gerry O'Callaghan.

The directors of Ganymede Cayman Ltd. (a Cayman-incorporated company) are Sanjay Shah and Rajen Ranmal Shah. Sanjay is the sole shareholder of the entity.

Please find attached the following documents:

1. Certified copies of the passports of Sanjay Shah and Rajen Ranmal Shah;

2. Certified copies of the utility bills of Sanjay Shah and Rajen Ranmal Shah; and

3. Bank reference letter for Sanjay Shah.

Please let me know if you require any further information.

Kind regards,
Dipti


From: Matthew Stein [mailto:mstein@argremgt.com]
Sent: 27 February 2013 02:16
To: Gerard O'Callaghan; Raj Shah
Subject: Fwd: Cayman LP

Gerry,

See below. Thanks.


Begin forwarded message:
From: "Wells, Peter" <Peter.Wells@kayescholer.com><mailto:Peter.Wells@kayescholer.com>>
Date: February 26, 2013, 8:38:48 PM EST
To: Matthew Stein <mstein@argremgt.com><mailto:mstein@argremgt.com>>
Cc: "Ben-Jacob, Michael" <Michael.Ben-Jacob@kayescholer.com><mailto:Michael.Ben-Jacob@kayescholer.com>>
Subject: FW: Cayman LP
Matt,

Michael asked that I respond to your below question. With respect to the limited partnership we only need to provide names and the addresses of the limited partners, which you have provided below. So, we will need nothing more from Mill River.

As to both the shareholder and director of the corporate GP, we will need the following:

1. Certified copy of passport


2. Bank reference letter confirming the person's name and address and that they are in good standing with the bank; sample language is as follows:

Dear Sirs

[name of individual/company]

This is to confirm that according to our records the above mentioned [individual/company], whose current [residential] address is [address], has been a client of ours for [number] years and is in good standing with us.

I confirm that [name of bank] is regulated in [name of jurisdiction] and that I am duly authorised to provide this letter to you.

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                                    WH_MDL_00220939

3.      An original or certified copy of a utility bill confirming the address of the person

Let me know if you have any questions.

Regards,
Peter

\*\*\*

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
[cid:image001.png@01CE1448.47871900]
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com<mailto:peter.wells@kayescholer.com> |
www.kayescholer.com<http://www.kayescholer.com>

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

From: Matthew Stein [mailto:mstein@argremgt.com]<mailto:[mailto:mstein@argremgt.com]>
Sent: Tuesday, February 26, 2013 4:26 PM
To: Ben-Jacob, Michael
Subject: Cayman LP

What information do we need to get to the law firm. The LP will be Mill River Capital Management Pension Plan, the GP will be a Cayman Corporate owned by Sanjay Shah who is the owner of Solo Capital.

We are thinking that Ed Miller will own a Cayman Corporation that will be the hedging party.
<Sanjay Shah - Bank Reference Letter.pdf> <Rajen Shah - Passport.pdf> <Sanjay Shah -Updated Utility Bill (Certified).pdf> <Raj Shah - Certified Utility Bill.pdf> <Sanjay Shah - Certified Passport.pdf>


Dipti Vyas
Structured Products

Solo Capital Partners LLP
4 Throgmorton Avenue, London, EC2N 2DL
T: +44 (0)207 382 4959 | M: +44 (0)7887 414 537
F: +44 (0)207 628 0143
dipti.vyas@solo.com

www.solo.com

Solo Capital Partners LLP is a limited liability partnership registered under the Laws of England and Wales and is authorised and regulated by the Financial Services Authority of the United Kingdom.

IMPORTANT - PLEASE NOTE

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this email in error please contact the sender and destroy this email.

------------------------------------------------------------------------------------------
--------------------------------
This email message has been delivered safely and archived online by Mimecast.
For more information please visit http://www.mimecast.com
------------------------------------------------------------------------------------------
--------------------------------

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                                                WH_MDL_00220940