# Exhibit 34

Message
_____

**From:**     Richard Markowitz [rmarkowitz@argremgt.com]
**Sent:**     7/31/2014 10:44:24 PM
**To:**       Wells, Peter [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Wells_p]
**CC:**       Robert Klugman [rklugman@storcapital.com]; John H. van Merkensteijn, III [jhvm@argremgt.com]; Veillette,
              Rebecca [/O=KAYESCHOLER/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Veillette_r]; Gregory, Amy [/O=KAYESCHOLER/OU=EXCHANGE
              ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Gregory_a]
**Subject:**  Re: Reclaims


The allocation looks good, but just hold off for a day. I need to confirm  with Solo.

Richard Markowitz

Argre Management LLC

On Jul 31, 2014, at 5:08 PM, "Wells, Peter" <Peter.Wells@kayescholer.com> wrote:

> Richard,
>
> We have received responses back from all three reclaim services. They have asked us to identify the
> entities requesting reclaim assistance (after which they will prepare the necessary service and related
> documents).
>
> As you and I discussed, we internally assigned the plans to the various reclaim services to spread them
> out (and did not pair Omineca with GOAL and Routt with Syntax).
>
> Our internal assignment is as follows:
>
> <u>Acupay</u>
>
> Zelman (Battu, Vanderlee)
> Miller (Green Scale)
> JHVM (Omenica, Voojo)
> Lerner (Loggerhead)
> RM (Avanix, Routt)
> Klugman (Headsail, RAK3)
> Altbach (Plumrose)
>
> <u>Syntax</u>
>
> Zelman (Bareroot, Dicot)
> Miller (Fulcrum, Tumba)
> JHvM (Starfish)
> Lerner (First Ascent, Trailing Edge)
> RM (Hadron)
> Klugman (Edgepoint, RAK2)
> Altbach (Limelight, True Wind)
>
> <u>GOAL</u>



JOHN VAN
MERKENSTEIJN

EXHIBIT 2267

04 - 19 - 2021

Zelman (Cantata)
Miller (Cedar Hill, Keystone)
JHvM (Basalt)
Lerner (Eclouge, PAB)
RM (Cavus)
Klugman (Aerovane, RAK)
Altbach (Crucible, Roadcraft)


Let me know if you have any comments to the above, otherwise we will submit the respctive lists to the particular reclaim services and get that process moving forward.


Regards,
Peter


Peter Wells
Kaye Scholer LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com

Any U.S. federal tax advice contained in this message (including any attachments) may not be able to be used for purposes of avoiding tax-related penalties imposed under U.S. federal tax laws. This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

KLUGMAN00008109