# Exhibit 36

| | |
|---|---|
| **From:** | Bloomberg, Noah <IMCEAEX-_O=CROWELL_OU=DC_CN=RECIPIENTS_CN=BLOOMN@crowell.com> |
| **To:** | Rosenberg, Todd |
| **Sent:** | 11/15/2010 1:02:18 PM |
| **Subject:** | Argre's comments |
| **Attachments:** | 13802711_Comments from Argre - Equity Arbitrage Transaction Letter Agreement.DOCX |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00342398