# Exhibit 46

| | |
|---|---|
| From: | Wells, Peter |
| Sent: | Friday, June 14, 2013 11:09 AM |
| To: | 'Adam Larosa'; Richard Markowitz |
| Subject: | RE: Oban I & II |

Quartet (and Trio) have a financial interest in the foreign accounts by virtue of their ownership interests in the general partnerships that were created effective as of various times last year. The general partnerships have a financial interest in the accounts notwithstanding that the accounts are titled in the name of the pension plans.

Regards,
Peter


\*\*\*
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

**From:** Adam Larosa [mailto:alarosa@argremgt.com]
**Sent:** Friday, June 14, 2013 10:58 AM
**To:** Richard Markowitz
**Cc:** Wells, Peter
**Subject:** RE: Oban I & II

Kaye Scholer is taking the position that they have beneficial ownership in foreign accounts. Which is would agree.

Peter please opine


**Adam La Rosa**
Director
Argre Management LLC
40 West 57th Street
New York, New York 10019
Tel: 212-247-2600
Mobile: 732-272-4445
Fax: 212-247-2753
e-mail: alarosa@argremgt.com

1

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

WH_MDL_00295821

**From:** Richard Markowitz
**Sent:** Friday, June 14, 2013 10:53 AM
**To:** Adam Larosa
**Subject:** Re: Oban I & II

I don't think Trio has any foreign accounts. Nor does Quartet.


Richard Markowitz
Argre Management LLC

On Jun 14, 2013, at 10:49 AM, "Adam Larosa" <alarosa@argremgt.com> wrote:

> Oban – Luke McGee you are already doing one for him so add it on his.
>
> Trio/Quartet – Peter do you have the operating agreements? Who is the manager? If me then let me sign since I'm already signing about 100 of these anyway so what's one more.
>
>
>
> Adam La Rosa
> Director
> Argre Management LLC
> 40 West 57th Street
> New York, New York 10019
> Tel: 212-247-2600
> Mobile: 732-272-4445
> Fax: 212-247-2753
> e-mail: alarosa@argremgt.com
>
> ---
>
> **From:** Veillette, Rebecca [mailto:Rebecca.Veillette@kayescholer.com]
> **Sent:** Friday, June 14, 2013 10:43 AM
> **To:** Adam Larosa
> **Cc:** Wells, Peter
> **Subject:** Oban I & II
>
> Hi Adam,
>
> Who will sign the FBAR on behalf of Trio, Quartet and Oban? Also, whom ever has signature authority for Oban and the foreign accounts has an FBAR filing requirement. Please let me know if one of the group (you, John, Matt, Rich) has signature authority, and if not, you may want to remind whom ever does of their filing requirement.
>
> Rebecca
>
>
>
> Rebecca Veillette
> Trusts & Estates Administrator
> <image001.png>
> 425 Park Avenue | New York, New York 10022
> T: +1 212.836.7097 | F: +1 212.836.6549
> rebecca.veillette@kayescholer.com | www.kayescholer.com
>
>
> This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER

telephone (+1 212.836.7097) and delete the message, along with any attachments, from your computer. Thank you.

\*   \*   \*   \*

```
IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax
advice
contained in this correspondence (including any attachments) is
not
intended or written to be used, and cannot be used for the
purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to
another
party any transaction or matter addressed herein.
```

CONFIDENTIAL / PRIVILEGED - SUBJECT TO 502(d) ORDER                                          WH_MDL_00295823