# Exhibit 59

| | |
|---|---|
| **From:** | Robert Klugman <rklugman@storcapital.com> |
| **To:** | Rosenberg, Todd |
| **Sent:** | 9/26/2010 4:44:51 PM |
| **Subject:** | Re: Updated Draft Equity Arbitrage Transaction Agreement |

Was a time set for tomorrow?  Late morning is better but I can be flexible.

On Sep 22, 2010, at 4:44 PM, "Rosenberg, Todd" <TRosenberg@crowell.com> wrote:

Sanjay/Raj/Rob,

Subject to Argre's further review and comment, attached is an updated draft of the agreement reflecting the points discussed on yesterday's call, including comments received from Rob after Sanjay/Raj had to drop off.

We have provided some revised language in an attempt to address the situation where investment in a transaction may be limited by availability of leverage or regulatory factors, though we understand based on the call that Sanjay/Raj may revert with some additional feedback in this regard.  We thought that the additional clarifying language might help to resolve this point.

Please advise as to availability for a call on Monday to hopefully resolve any remaining outstanding issues.

<<13188245-v4-Equity Arbitrage Transaction Agreement.DOC>> <<Change-Pro Redline - 13188245-v2-Equity Arbitrage Transaction Agreement and 13188245-v4-Equity Arbitrage Transaction Agreement.doc>>

**Todd D. Rosenberg, Esq.**
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: 202-624-2689
Fax: 202-628-5116
Email: trosenberg@crowell.com

This e-mail is confidential and may be privileged.  Use or disclosure of it by anyone other than a designated recipient is unauthorized.  If you are not an intended recipient, please contact the sender at 202/624-2500 and delete this e-mail.

IRS Circular 230 Disclosure: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, was not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.

<13188245-v4-Equity Arbitrage Transaction Agreement.DOC>
<Change-Pro Redline - 13188245-v2-Equity Arbitrage Transaction Agreement and 13188245-v4-Equity Arbitrage Transaction Agreement.doc>

**WH_MDL_00342367**