# Exhibit 62

| | |
|---|---|
| **From:** | Richard Markowitz <rmarkowitz@argremgt.com> |
| **To:** | John H. van Merkensteijn, III; Rosenberg, Todd; Jérôme LHOTE; Adam Larosa; Matthew Stein |
| **CC:** | rklugman@storcapital.com |
| **Sent:** | 10/4/2010 8:36:04 PM |
| **Subject:** | Re: MOU |

I agree about having them co-invest, as long as it doesn't crowd us out. After speaking with Rob, it appears that they aren't looking for 50/50 for "larger" trades (at least not in the near term). I think it could apply (50/50) if a trade were a lot smaller then what is contemplated for the next round of German trades.

I think we will get a workable solution for both sides.


Richard Markowitz
Argre Management

---

**From:** John H. van Merkensteijn, III
**To:** Richard Markowitz; Todd Rosenberg <trosenberg@crowell.com>; Jérôme LHOTE; Adam Larosa; Matthew Stein
**Cc:** Robert Klugman <rklugman@storcapital.com>
**Sent:** Mon Oct 04 16:20:22 2010
**Subject:** RE: MOU

It is always good to have the principals cooinvest—passes the MOTHER TEST—but are they asking for 50% of the deal? I cant recall what you had suggested as a limit?

---

**From:** Richard Markowitz
**Sent:** Monday, October 04, 2010 2:27 PM
**To:** Todd Rosenberg; Jérôme LHOTE; Adam Larosa; John H. van Merkensteijn, III; Matthew Stein
**Cc:** Robert Klugman
**Subject:** FW: MOU

Please see Solo's "response" on the issue of them co-investing and whether their money takes priority over ours (or vice versa, as we thought all along). I may ask Rob to speak with them and to make sure we understand their concerns. I already told them that they could have a reasonable "allocation", but we didn't want them to crowd us out. Accordingly, we asked them to come up with a basket for their investment amount. Unfortunately they don't seem able to do that. Rob and I thought that the following could be why:

(1) They have more $ to invest, now, then we think. (Not as likely)
(2) They don't want to limit themselves to a fixed amount, today, especially considering that they will have much more capital from their fees on the next German trades (more likely);
(3) They would use their own ability to invest as a back door way to bring in "third party" money; an end around to our right of first refusal (Not as likely)

If (2) is the real reason, we should be able to come up with a "basket" today (that still preserves a fairly large allocation for us) and then allow them to "re-invest" their performance fees from our deals, subject to not having more then us.

As an alternative, we could agree with them (and take some comfort in that they won't be crowding us for the German trade) and, in return, eliminate our exclusivity obligation in the event we can't invest at least EURO 75 or 100 mm (or some other number).


--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor

---

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00342375**

Tel:      (212) 247-2600
Fax:      (212) 247-2753
Mobile:   (917) 848-5675

RMarkowitz@Argremgt.com


------ Forwarded Message
**From:** Sanjay Shah <sanjay.shah@solo-capital.com>
**Date:** Mon, 4 Oct 2010 09:42:49 -0700
**To:** Richard MARKOWITZ <rmarkowitz@argremgt.com>, Raj Shah <Raj.shah@solo-capital.com>
**Cc:** Robert Klugman <rklugman@storcapital.com>
**Subject:** Re: MOU

Hi Richard, Rob

Raj and I have spoken at great length with our team and the consensus is as managers of the funds we structure, we should have the first right to invest in our own products. Although we don't have much capital, we would prefer not to place a limit or constraint. As we understand Argre's position, we propose limiting our investment to the same level as Argre in any fund. We await your comments.

Thanks

Sanjay

---

**From**: Richard Markowitz
**To**: Raj Shah; Sanjay Shah
**Cc**: Robert Klugman
**Sent**: Mon Oct 04 15:26:14 2010
**Subject**: MOU
Sanjay and Raj:

When can we expect to resolve the remaining issue?

Thanks
--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:      (212) 247-2600
Fax:      (212) 247-2753
Mobile:   (917) 848-5675

RMarkowitz@Argremgt.com


This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00342376**

Solo Capital Limited is a company registered in England & Wales and is regulated by the FSA in the UK.

IMPORTANT - PLEASE NOTE
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error please contact the sender and destroy this email.


------ End of Forwarded Message

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00342377**