# Exhibit 66

| | |
|---|---|
| **From:** | Richard Markowitz <Rmarkowitz@argremgt.com> |
| **To:** | Sanjay Shah; Raj Shah; Robert Klugman |
| **CC:** | Matthew Stein; Rosenberg, Todd; Bloomberg, Noah |
| **Sent:** | 11/17/2010 12:29:33 PM |
| **Subject:** | MOU |
| **Attachments:** | 13771357-v2-Equity Arbitrage Transaction Letter Agreement.DOCX |

Please take a look at this letter agreement.  I think it incorporates all of the key points we have been discussing and allows us to have an agreement among the parties which will guide us in our future transactions.

Regards,

Rich

--
Richard Markowitz
Managing Director
Argre Management LLC
40 West 57th Street
20th Floor
New York, NY 10019

Tel:        (212) 247-2600
Fax:        (212) 247-2753
Mobile:    (917) 848-5675

RMarkowitz@Argremgt.com

**CONFIDENTIAL**

**WH_MDL_00454318**