# Exhibit 127

| | |
|---|---|
| **From:** | Raj Shah <Raj.Shah@solo.com> |
| **Sent:** | Thursday, May 10, 2012 1:56 AM |
| **To:** | Wells, Peter |
| **Cc:** | Adam Forsyth; Sanjay Shah |
| **Subject:** | RE: German Transaction |
| **Attachments:** | DBEZRAtodate.pdf |

Hi Peter,

DB have confirmed that no ther statements are produced. See attached statement in electronic form.

Kind regards,
Raj

---

**From:** Wells, Peter [mailto:Peter.Wells@kayescholer.com]
**Sent:** 10 May 2012 01:01
**To:** Raj Shah
**Subject:** RE: German Transaction

Raj,

Just following up on my email below. I assume your preliminary answer was confirmed by DB?

Assuming that is the case, could you provide me with an electronic copy of the account statements?

Regards,
Peter


\*\*\*
IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.
**From:** Raj Shah [mailto:Raj.Shah@solo.com]
**Sent:** Monday, March 12, 2012 8:27 AM
**To:** Wells, Peter

CONFIDENTIAL     WH_MDL_00462802

**Cc:** Adam Forsyth; Ben-Jacob, Michael; Richard Markowitz; Sanjay Shah
**Subject:** Re: German Transaction

Hi Peter,

We did ask the DB at the time of our last discussion. We understand that the report you have seen is an all inclusive report (includes security movements). Adam has asked the question again and we await a reply. Adam or I will revert once DB have replied.

Kind regards,
Raj

---

**From:** "Wells, Peter" <Peter.Wells@kayescholer.com>
**Date:** Fri, 9 Mar 2012 16:46:08 -0500
**To:** Sanjay Shah <sanjay.shah@solo-capital.com>, Raj Shah <raj.shah@solo-capital.com>, Guenther Grant-Klar <Guenther.Grant-Klar@solo-capital.com>
**Cc:** Adam Forsyth <Adam.Forsyth@solo-capital.com>, Michael Ben-Jacob <michael.ben-jacob@kayescholer.com>, Richard Markowitz <rmarkowitz@argremgt.com>
**Subject:** RE: German Transaction

Gentleman,

I am following up on our call late last year regarding the records for the trading statements related to the Ezra account. I seem to recall that when we left off you were going to provide us with the statements for the security trading account, in addition to the statements for the cash account. To my knowledge we never received those statements. Could you provide us the statements so that we can review the same?

Let me know if you have any questions.

Regards,
Peter


***

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Peter Wells
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8662 | F: +1 212.836.6447
peter.wells@kayescholer.com | www.kayescholer.com


This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8662) and delete the message, along with any attachments, from your computer. Thank you.

CONFIDENTIAL

This email message has been delivered safely and archived online by Mimecast.
For more information please visit http://www.mimecast.com

---

---

This email message has been delivered safely and archived online by Mimecast.
For more information please visit http://www.mimecast.com

---

CONFIDENTIAL

WH_MDL_00462804