# Exhibit 147

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2              MASTER DOCKET 18-MD-2865(LAK)
                    CASE NO. 18-CV-09797
 3
     _____
 4                                          )
     IN RE:                                 )
 5                                          )
     CUSTOMS AND TAX ADMINISTRATION OF      )
 6   THE KINGDOM OF DENMARK                 )
     (SKATTEFORVALTNINGEN) TAX REFUND       )
 7   SCHEME LITIGATION                      )
                                            )
 8   _____)

 9

10

11

12            C O N F I D E N T I A L

13

14

15     REMOTE VTC VIDEOTAPED DEPOSITION UNDER ORAL

16                    EXAMINATION OF

17                   KATHLEEN WECHTER

18

19              DATE: November 22, 2021

20

21

22

23

24

25        REPORTED BY:  MICHAEL FRIEDMAN, CCR
```

CONFIDENTIAL
Kathleen Wechter - November 22, 2021

Page 15

```
 1        A    Yes.
 2             At the Kaye Scholer firm, I have
 3   held the position of counsel.
 4        Q    And are you still practicing at the
 5   Arnold & Porter Kaye Scholer firm?
 6        A    Yes, I'm still practicing with the
 7   Arnold & Porter Kaye Scholer firm.
 8        Q    And can you please describe for us
 9   the nature of your -- of your practice at
10   that firm, from May of 2012?
11        A    I worked in the area of employee
12   benefits and executive compensation, which is
13   a part of the Tax Department at Arnold &
14   Porter Kaye Scholer.
15             So I work with different areas of
16   compensation, retirement planning, employee
17   benefits.
18        Q    And who -- who are the main -- the
19   principal partners with whom you've worked
20   since May of 2012?
21        A    Are you asking about in the
22   employee benefits subgroup, as it were, or in
23   general?
24        Q    Let me ask you in -- in general.
25        A    In general at the firm?
```

```
 1        Q    Do you recall that the structures
 2   involved the use of qualified plans?
 3             MR. DULBERG:  Objection to the
 4        form.
 5             For the record, this is Drew
 6        Dulberg on behalf of -- from Wilmer Hale
 7        on behalf of Mr. Markowitz.
 8        A    Can you repeat the question,
 9   please?
10        Q    Do you recall that the ex-dividend
11   matter involved using qualified plans?
12             MR. DULBERG:  Same objection.
13        A    I recall that there were issues
14   related to the use of pension and retirement
15   plans, which was the reason -- the reason for
16   my specific involvement on specific
17   retirement and pension plan issues.
18        Q    And do you recall that the plans
19   were going to be purchasing foreign shares?
20        A    I don't recall the details of the
21   transactions.
22        Q    Do you recall any details of the
23   transactions?
24        A    At this point, since it was almost
25   nine or ten years ago, I don't remember
```