UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This paper applies to:     Trial 1 Cases
------------------------------------x

## ORDER CORRECTING TYPOGRAPHICAL ERROR IN MEMO ENDORSEMENT (Dkt 1120)

LEWIS A. KAPLAN, *District Judge.*

  The first word of the memorandum endorsement filed as Dkt 1120 is stricken and replaced with the word "Plaintiff".

  SO ORDERED.

Dated:  January 6, 2025

            /s/  Lewis A. Kaplan
            _____
              Lewis A. Kaplan
            United States District Judge