**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-25

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-07827. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(2)**

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") has asserted claims against Defendants Robert Klugman ("Klugman") and Edgepoint Capital LLC Roth 401(K) Plan ("Edgepoint Plan") in the action titled *Skatteforvaltningen v. Edgepoint Capital LLC Roth 401(K) Plan*, 18-cv-07827 (the "Action");

WHEREAS SKAT, Klugman and Edgepoint Plan have now entered into a settlement agreement ("Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss the Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action *Skatteforvaltningen v. Edgepoint Capital LLC Roth 401(K) Plan*, 18-cv-07827, is dismissed with prejudice, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that if an Uncured Event of Default under the Agreement occurs (or if Event of Default under the January 9, 2025 Pledge Agreement occurs), SKAT shall have the right to reopen the Action and file any Consent Judgment that it

Case 1:18-md-02865-LAK   Document 1465   Filed 02/26/25   Page 2 of 2
Case 1:18-md-02865-LAK   Document 1432   Filed 02/24/25   Page 2 of 2

2

was not required to destroy pursuant to Paragraph 2 of the Agreement, regardless of the Action being previously dismissed; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the settlement agreement amongst SKAT, Klugman, and Edgepoint Plan.

Dated: New York, New York
February 24, 2025

By: /s/ Marc A. Weinstein
   Marc A. Weinstein
   HUGHES HUBBARD & REED LLP
   One Battery Park Plaza
   New York, New York 10004-1482
   Telephone: (212) 837-6000
   Fax: (212) 422-4726
   marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ David L. Goldberg
   David L. Goldberg
   KATTEN MUCHIN ROSENMAN LLP
   50 Rockefeller Plaza
   New York, NY 10020
   Telephone: (212) 940-6787
   Fax: (212) 940-8776
   david.goldberg@kattenlaw.com

*Counsel for Defendants Robert Klugman and Edgepoint Capital LLC Roth 401(K) Plan*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

2/26/25